■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGO ROJAS, Appellant.—Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered on December 15, 1986, unanimously affirmed. The motion by appellant to enlarge the record on this appeal is denied. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG SCOTT, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on October 24, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.